```
1 │ McGREGOR W. SCOTT
  │ United States Attorney
2 │ KAREN A. ESCOBAR
  │ Assistant U.S. Attorney
3 │ 2500 Tulare Street
  │ Fresno, California 93721
4 │ Telephone:  (559) 497-4000
5 │
6 │
7 │
8 │             IN THE UNITED STATES DISTRICT COURT FOR THE
9 │                  EASTERN DISTRICT OF CALIFORNIA
10│
11│ UNITED STATES OF AMERICA,        ) 1:06 CR 00059 AWI
  │                                  )
12│              Plaintiff,          )
  │                                  )
13│     v.                           )  STIPULATION RE:
  │                                  )  CONTINUANCE AND ORDER
14│ SERGIO REYNOL PADILLA,           )
  │   aka Sergio Reynol Padilla-     )
15│   Gonzalez,                      )
  │ MONICA PADILLA,                  )
16│ LORENA PEREZ,                    )
  │ GILBERT FRANKLIN,                )
17│ TRINIDAD ANGULO,                 )
  │   aka "Trini,"                   )
18│ GERARDO VARGAS GALICIA,          )
  │ WAYNE BRIZAN,                    )
19│ PHILIP BRIZAN,                   )
  │ FRANCHESKA BRIZAN,               )
20│ JUDE BRIZAN,                     )
  │ DAMON GUNN, and                  )
21│ HOWARD GORDON, JR.,              )
  │                                  )
22│                                  )
  │              Defendant.          )
23│ _____ )
```

24      Defendant SERGIO REYNOL PADILLA, by and through his attorney,

25  MICHAEL G. IDIART, Defendant MONICA PADILLA, by and through her

26  attorney, DIANNA L. GIBSON, Defendant LORENA PEREZ, by and through

27  her attorney, RICHARD P. BERMAN, Defendant GILBERT FRANKLIN, by

28  and through his attorney, ERIC V. KERSTEN, Defendant TRINIDAD

1

1 | ANGULO, by and through his attorney, PETER N. KAPETAN, Defendant
2 | GERARD VARGAS GALICIA, by and through his attorney, GARY L. HUSS,
3 | Defendant WAYNE BRIZAN, by and through his attorney, RICHARD B.
4 | MAZER, Defendant PHILIP BRIZAN, by and through his attorney,
5 | CHRISTOPHER D. JOHNSON, Defendant FRANCHESKA BRIZAN, by and
6 | through her attorney, HARRY M. DRANDELL, Defendant JUDE BRIZAN, by
7 | and through his attorney, JOHN F. GARLAND, Defendant DAMON GUNN,
8 | by and through his attorney, RICHARD A. BESHWATE, JR., Defendant
9 | HOWARD GORDON, JR., by and through his attorney, RICHARD R.
10 | BARNWELL, and the United States of America, by and through its
11 | attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A.
12 | ESCOBAR, Assistant United States Attorney, hereby enter into the
13 | following stipulation:

14 |     1.  The parties to the above-captioned matter agree to vacate
15 | the December 11, 2006, hearing date and reset the hearing on
16 | pretrial motions for January 16, 2007, at 11:00 a.m., except the
17 | motion to withdraw as counsel for defendant DAMON GUNN filed by
18 | Mr. BESHWATE will remain set for December 11 at 10:00 a.m.

19 |     2.  The parties further agree that the government's response
20 | to defense motions, along with any joinders to pre-existing
21 | defense motions, shall be filed on or before December 12, 2006.
22 | Any replies shall be filed on or before January 5, 2007.

23 |     3.  The parties stipulate that the continuance is
24 | necessitated by the defendant's need to further investigate and
25 | prepare for trial and/or to negotiate a resolution of this matter,
26 | as well as the government's scheduling conflicts due to the trials
27 | of United States v. Dustin Robert Costa, Cr. F. No. 05-0281 AWI,
28 | and United States v. Carmin Grissom, Cr. F. No. 05-0460 OWW, set

for December 12.

    4.   The parties stipulate that time would be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny counsel for defense and the government a reasonable period of time to adequately prepare for trial.

DATED: November 28, 2006                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

                                          /s/ Michael Idiart
                                        MICHAEL G. IDIART
                                        Attorney for Defendant
                                        SERGIO REYNOL PADILLA

                                          /s/ Dianna Gibson
                                        DIANNA L. GIBSON
                                        Attorney for Defendant
                                        MONICA PADILLA

                                          /s/ Richard Berman
                                        RICHARD P. BERMAN
                                        Attorney for Defendant
                                        LORENA PEREZ

                                          /s/ Eric Kersten
                                        ERIC V. KERSTEN
                                        Attorney for Defendant
                                        GILBERT FRANKLIN

                                          /s/ Peter Kapetan
                                        PETER N. KAPETAN
                                        Attorney for Defendant
                                        TRINIDAD ANGULO

                                          /s/ Gary Huss
                                        GARY L. HUSS
                                        Attorney for Defendant
                                        GERARDO VARGAS GALICIA

/s/ Richard Mazer
RICHARD B. MAZER
Attorney for Defendant
WAYNE BRIZAN

/s/ Christopher Johnson
CHRISTOPHER D. JOHNSON
Attorney for Defendant
PHILIP BRIZAN

/s/ Harry Drandell
HARRY M. DRANDELL
Attorney for Defendant
FRANCHESKA BRIZAN

/s/ John Garland
JOHN F. GARLAND
Attorney for Defendant
JUDE BRIZAN

/s/ Richard Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant
DAMON GUNN

/s/ Richard Barnwell
RICHARD R. BARNWELL
Attorney for Defendant
HOWARD GORDON, JR.

O R D E R

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current motions hearing set for December 11, 2006, at 11:00 a.m. is hereby vacated and is reset for January 16, 2007, at 11:00 a.m.; however, the motion to withdraw as counsel for defendant DAMON GUNN remains set for December 11, 2006, at 10:00 a.m.

IT IS FURTHER ORDERED THAT the government's response, and any defense joinders, to pre-existing defense motions shall be filed on or before December 12, 2006.  Any replies shall be filed on or before January 5, 2007.

1    The Court also finds that the ends of justice served by

2 granting the requested continuance outweigh the best interests of

3 the public and the defendant in a speedy trial, in that the

4 failure to grant the continuance would deny counsel for the

5 defense and government a reasonable period of time to adequately

6 prepare for trial or reach a resolution through plea negotiations.

7    WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in

8 the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

9

10 IT IS SO ORDERED.

11 **Dated:    December 13, 2006            /s/ Anthony W. Ishii**
   0m8i78                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28