**FILED**

APR 03 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00059-AWI |
| Plaintiff, ) | |
| vs. ) | **ORDER OF RELEASE** |
| GERARDO VARGAS GALICIA, ) | |
| Defendant. ) | |

The above-named defendant having been sentenced on April 2, 2007, to Time Served,

IT IS HEREBY ORDERED that the above-named defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 4/3/07

SANDRA M. SNYDER
United States Magistrate Judge

9/26/96 exonbnd.frm

1