(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENA PEREZ, et al.,<br><br>Defendants. | Case No.:    CRF-06-00059-AWI<br><br>**ORDER ON STIPULATION TO SET NEW BRIEFING SCHEDULE AND TO CONTINUE HEARING DATE** |

The following stipulation was filed in the above entitled case:

The parties herein, through their respective counsel, hereby agree and stipulate that the motion hearing currently set for June 25, 2007, at 11:00 a.m. be continued to July 9, 2007, at 11:00 a.m.

The new motion briefing schedule is as follows:

Defense motions due:  May 14, 2007;

Prosecutor responses due:  June 11, 2007;

Defense replies due:  June 25, 2007.

The delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

```
DATED:  May 3, 2007.        Respectfully submitted,

                            LAW OFFICE OF RICHARD P. BERMAN


                            By  /s/ RICHARD P. BERMAN
                                RICHARD P. BERMAN
                                Attorney for Defendant,
                                LORENA PEREZ
```

Dated: May 3, 2007.     McGREGOR W. SCOTT
                        United States Attorney


                        By /s/ KAREN ESCOBAR
                           KAREN ESCOBAR
                           Assistant U.S. Attorney

Dated: April 26, 2007.


                           /s/ PETER KAPETAN
                           PETER KAPETAN
                           Attorney for Defendant,
                              TRINIDAD ANGULO

Dated: April 30, 2007.


                           /s/ JOSEPH SHEMARIA
                           JOSEPH SHEMARIA
                           Attorney for Defendant,
                              FRANCHESKA BRIZAN

Dated: April 26, 2007.


                           /s/ MICHAEL IDIART
                           MICHAEL IDIART
                           Attorney for Defendant,
                              SERGIO PADILLA

Dated: April 27, 2007.


                           /s/  JAMES HOMOLA
                           JAMES HOMOLA
                           Attorney for Defendant,
                              DAMIAN GUNN

2

*******

**ORDER**

In accordance with the above stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   May 8, 2007**                                /s/ Anthony W. Ishii
                                                                                UNITED STATES DISTRICT JUDGE