MCGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00059 AWI |
| Plaintiff, ) | |
| ) | **STIPULATION TO VACATE ANCILLARY HEARING** |
| v. ) | |
| ) | **ORDER DENYING MOTION AS MOOT** |
| SERGIO REYNOL PADILLA, ) | Recorded Owner: |
| aka Sergio Reynol Padilla- ) | Monica Padilla |
| Gonzalez, ) | |
| MONICA PADILLA, ) | |
| LORENA PEREZ, ) | |
| GILBERT FRANKLIN, ) | |
| TRINIDAD ANGULO, aka "Trini," ) | |
| GERARDO VARGAS GALICIA, ) | |
| WAYNE BRIZAN, ) | |
| PHILLIP BRIZAN, ) | |
| FRANCHESKA BRIZAN, ) | |
| DAMON GUNN, and ) | |
| HOWARD GORDON, JR., ) | |
| ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED between and requested by Plaintiff United States of America and Claimant Mortgage Electronic Registrations Systems, Inc. ("MERS"), by and through its attorney of record, the following:

   That the Ancillary Hearing presently scheduled for Monday, July 23, 2007, at 1:30 p.m. in Courtroom 2 before District Court

1

Judge Anthony W. Ishii be vacated as moot.

Dated: July 16, 2007            McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY

                         By:    /s/ Stephanie Hamilton Borchers for
                                KAREN A. ESCOBAR
                                Assistant U.S. Attorney


Dated: July 16, 2007     By:    /s/ Glenn H. Wechsler
                                GLENN H. WECHSLER
                                Attorney for Mortgage Electronic
                                Registrations Systems, Inc.

                                (Original signature retained by attorney)


**ORDER**

Pursuant to the parties' stipulation, the ancillary hearing scheduled for July 23, 2007, is VACATED. The pending motion by Lienholder Mortgage Electronic Registration Systems, Inc. for ancillary hearing is DENIED as moot.

IT IS SO ORDERED.

**Dated:   July 20, 2007**              /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE

2