1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CR-00059 AWI |
| Plaintiff, | |
| v. | ORDER TO CONSOLIDATE CASES |
| SERGIO REYNOL PADILLA, aka Sergio Reynol Padilla-Gonzalez, LORENA PEREZ, FRANCHESKA BRIZAN, and DAMON GUNN, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | 1:06-CR-00092 AWI |
| Plaintiff, | |
| v. | |
| DANIEL ANGULO, | |
| Defendant. | |

On August 27, 2008, Plaintiff United States of America ("the Government"), filed a Motion to Consolidate Cases of <u>United States v. Sergio Padilla, et al.</u>, 1:06-CR-00059 AWI, with <u>United States v. Daniel Angulo</u>, 1:06-CR-00092 AWI.

On September 8, 2008, the Motion for Consolidation was held. Assistant U.S. Attorney Karen A. Escobar appeared on behalf of the

United States of America. Roger Nuttall appeared on behalf of defendant Daniel Angulo. Stephen Mensel appeared on behalf of defendant Sergio Padilla and specially on behalf of Francheska Brizan, in place of her attorney, Joseph Shemaria. James Homola appeared on behalf of defendant Damon Gunn. Richard Berman appeared on behalf of Lorena Perez.

The Court granted the Motion to Consolidate forthwith.

Therefore, and on the basis of good cause, this Court:

1. CONSOLIDATES Case Nos. 1:06-cr-0059 AWI and 1:06-cr-0092 AWI for all purposes. All further documents shall bear the Case No. 1:06-cr-0059 AWI and the parties shall file all further documents on the docket in Case No. 1:06-cr-0059 AWI.

IT IS SO ORDERED.

**Dated: May 22, 2009**           /s/ Anthony W. Ishii
                          CHIEF UNITED STATES DISTRICT JUDGE